IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**CONSEJO DE SALUD DE PUERTO RICO, INC., et al.,**

**Plaintiffs,**

v.

**UNITED STATES OF AMERICA, et al.,**

**Defendants.**

CASE NO. 18-1045 (GAG)

## **ORDER**

Per the Court's order at Docket No. 1401 in Case No. 06-1260, attached, the Commonwealth is hereby joined as a co-plaintiff under Rule 19 of the Federal Rules of Civil Procedure. The Clerk of the Court shall include the Commonwealth of Puerto Rico as a co-plaintiff in this case.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of April, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge