THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CONSEJO DE SALUD DE PUERTO RICO, INC., doing business under its trade name Med Centro, COMMONWEALTH OF PUERTO RICO, Eduardo Martinez-Tull, Víctor Montalvo-Martell,<br><br>Plaintiffs,<br><br>Vs<br><br>UNITED STATES OF AMERICA, ALEX M. AZAR, in his official capacity of the Department of Health and Human Services,<br><br>Defendants. | CIVIL NO. 18-cv-1045 (GAG) |

**RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS**

**TO THE HONORABLE COURT**:

COME NOW CONSEJO DE SALUD DE PUERTO RICO, INC. ("Med Centro"), EDUARDO MARTINEZ-TULL, VÍCTOR MONTALVO-MARTELL, herein referred to as the "original Plaintiffs," by and through their attorneys, and most respectfully STATE, ALLEGE AND PRAY:

For the reasons set forth in the accompanying memorandum of law, the original Plaintiffs respectfully request from this Honorable Court to DENY Defendants *Motion to Dismiss* docketed as Docket No. 20.

I HEREBY CERTIFY that, on this same date, the undersigned attorney filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all parties in this action.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, July 5, 2018.

| **s/ Ignacio Fernández de Lahongrais** | **s/ José Oswaldo Coll*** |
|---|---|
| IGNACIO FERNANDEZ DE LAHONGRAIS | JOSE OSWALDO COLL |
| USDC - PR 211603 | PO Box 432 |
| Capital Center Sur, Suite 202 | Mercedita, Puerto Rico 00715-0432 |
| Avenida Arterial Hostos #239 | Tel. 787-843-1301 |
| San Juan, Puerto Rico 00918-1475 | joccoll1@gmail.com |
| Tel. 787-923-5789 | |
| ignacio@bufetefernandezalcaraz.com | *Attorney to be admitted Pro Hac Vice* |