IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CONSEJO DE SALUD DE PUERTO RICO INC. et. al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES OF AMERICA, et. al.,**<br><br>**Defendants.** | **CIVIL NO. 18-1045 (GAG)** |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

 **COMES NOW** the undersigned counsel, and very respectfully STATES, ALLEGES, and PRAYS as follows:

 1. The Department of Justice has assigned the legal representation of the Commonwealth to the undersigned attorney.

 2. For the above stated reason, it is respectfully requested that this Honorable Court grant the undersigned leave to appear on behalf of the Commonwealth as legal representative and that all future correspondence in the instant case, including all of this Honorable Court's Orders, be addressed to the undersigned attorney.

 3. The Commonwealth does not waive any right or defense arising from Title III of Puerto Rico Oversight, Management and Economic Stability Act" ("PROMESA"), 48 U.S.C. §§ 2101 et seq.

 **WHEREFORE**, it is respectfully requested from this Honorable Court to allow the undersigned to appear as attorney of record on behalf of the Commonwealth of Puerto Rico in this case and that all future correspondence be addressed also to the undersigned attorney.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all parties and attorneys of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this July 11, 2018.

| | |
|---|---|
| **WANDA VÁZQUEZ-GARCED**<br>Secretary of Justice | *S/Marcia I. Pérez-Llavona*<br>**MARCIA I. PEREZ-LLAVONA**<br>USDC-PR No. 223305 |
| **WANDYMAR BURGOS-VARGAS**<br>Deputy Secretary in charge of Litigation | Email: licperezllavona@hotmail.com<br>Department of Justice of Puerto Rico<br>Federal Litigation Division |
| **SUSANA PEÑAGARÍCANO-BROWN**<br>Director of Federal Litigation and Bankruptcy Division | P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Phone: 787-721-2900 Ext. 2647<br>Fax: 787-723-9188 |