IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CONSEJO DE SALUD DE PUERTO RICO, INC., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al*.,<br>Defendants. | CIVIL NO. 18-1045 (GAG) |

### MOTION TO WITHDRAW AS COUNSEL FOR CO-PLAINTIFF

TO THE HONORABLE COURT:

COMES NOW the undersigned attorney, and respectfully STATES and PRAYS as follows:

1. The undersigned attorney resigned from his position at the Federal Litigation Division of the Puerto Rico Department of Justice. Consequently, he will no longer continue to represent the Co-Plaintiff in the instant case.

2. Therefore, the undersigned attorney very respectfully requests the Honorable Court to grant him leave to withdraw as an attorney of record on behalf of Co-Plaintiff in the instant case and to strike him from the notice list.

WHEREFORE, the undersigned attorney very respectfully requests the Court to grant him leave to withdraw as an attorney of record on behalf of Co-Plaintiff in the instant case and to strike him from the notice list.

RESPECTFULLY SUBMITTED.

In San Antonio, Texas on this 15th day of July, 2018.

IT IS HEREBY CERTIFIED that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation

**SUSANA PEÑAGARÍCANO-BROWN**
Director of Federal Litigation Division

S/*Jaime J. Zampierollo-Vilá*
**JAIME J. ZAMPIEROLLO-VILÁ**
USDC-PR No. 228710
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, PR  00902-0192
Office (787) 721-2900, Ext. 2650.
Fax. (787) 723-9188
Email: jzampierollo.prdoj@gmail.com
        jzampierollo@justicia.pr.gov